UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT ARWADY and SAMUELIA ARWADY,<br><br>Plaintiffs,<br><br>v.<br><br><br>TOMMY HO and JANE DOE HO, and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 4:17-cv-3195 |

**PLAINTIFFS' UNOPPOSED REQUEST FOR
ENTRY OF JUDGMENT**

Pursuant to Rule 58(d), F. R. Civ. P., Plaintiffs request that the Clerk enter judgment in this matter. The rulings of the Court, Dkt. No. 42 and 43, have disposed of all issues and the claims of all parties.

Counsel has conferred with counsel for Defendants, and been informed that the Defendants take no position on this matter.

Dated this 14th day of July, 2020

Respectfully submitted,

/s/ *David T. Hardy*
David T. Hardy
8987 E. Tanque Verde, No. 265
Tucson, AZ 85749
(520) 749-0241
dthardy@mindspring.com
District Ct Bar No. 3138110
Attorney for Plaintiffs

1

**Certificate of Service**

This certifies that this pleading was served on all parties through the court's ECF system.

    s/*David T. Hardy*
      Attorney for Plaintiffs