UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT ARWADY and SAMUELIA ARWADY,<br><br>    Plaintiffs,<br><br>v.<br><br><br>TOMMY HO and JANE DOE HO, and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 4:17-cv-3195 |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Robert and Samuelia Arwady hereby appeal to the United States Court of Appeal for the Fifth Circuit, from the two May 28, 2020 rulings of the Court dismissing their claims (Dkt. 42, 43).

Dated this 27th day of July, 2020

Respectfully submitted,

    /s/ *David T. Hardy*
    David T. Hardy
    8987 E. Tanque Verde, No. 265
    Tucson, AZ 85749
    (520) 749-0241
    dthardy@mindspring.com
    District Ct Bar No. 3138110
    Attorney for Plaintiffs

**Certificate of Service**

This certifies that this pleading was served on all parties through the court's ECF system.
    s/*David T. Hardy*
      Attorney for Plaintiffs